[No. 42409-2-I.   Division One.   November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN JAMES WISE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04858-0, Marilyn R. Sellers, J., entered March 30, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Baker, JJ.

[No. 43399-7-I.   Division One.   November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL JERMAINE POLNETT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02418-2, Suzanne M. Barnett, J., entered September 28, 1998. *Affirmed* by unpublished per curiam opinion.

[Nos. 42779-2-I; 40997-2-I.   Division One.   November 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CURT F. HANSFORD, *Appellant*.

*In the Matter of the Personal Retraint of* CURT F. HANSFORD, *Petitioner.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00497-3, Linda C. Krese, J., entered February 18, 1997 and April 13, 1998, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.

[No. 42139-5-I.   Division One.   November 22, 1999.]

LORRAINE LUSCHEN, ET AL., *Appellants*, v. THE ESTATE OF MILDRED KAISER PILLING, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-11332-8, Philip G. Hubbard, Jr., J., entered January 16, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Becker, J.